UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HERMAN MARTINEZ, an Individual, by and through his son and Attorney-in-Fact, HERMAN MARTINEZ, ) | No.  8:11-cv-01312-AG-E |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| BANKERS LIFE AND CASUALTY COMPANY, a corporation; and DOES 1 through 30, inclusive, ) | |
| Defendants. ) | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THIS ACTION IS HEREBY DISMISSED IN ITS ENTIRETY WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES.**

**DATED:  November 28, 2011**

_____
The Honorable Andrew J. Guilford
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER OF DISMISSAL
Case No. 8:11-cv-01312-AG-E